UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-22915-CIV-SEITZ/MCALILEY

IN RE: The Matter of ROLAND DESROCHERS,
GRAHAM SCHENA and CHRIS TRIER as
Owners of the M/V "TRIPLE PLAY", praying for
Exoneration from and/or Limitation of Liability

      Petitioners.
_____/

**NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION
FROM OR LIMITATION OF LIABILITY**

Notice is given that the above named Petitioners have filed a Complaint, pursuant to 46 U.S.C. § 181 *et seq*. for Exoneration From or Limitation of Liability for all claims for any damages or injuries, arising out of or occurring as a result of a collision involving the 36' Intrepid motor vessel bearing Official Number 1057823 and Hull Identification Number IBW35065F798 and another power boat in Miami Dade County using navigable waters on or about October 7, 2006, as more fully described in the Complaint.

All persons having such claims must file their respective claims, as provided in Supplemental Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of this Court at the United States District Court Clerk's Office, 301 North Miami Avenue, Miami, Florida 33128 and must serve a copy thereof on attorneys for Petitioner on or before **March 23, 2007**, or be defaulted.  If any claimant desires to contest either the right to Exoneration From or the right to Limitation of Liability, he shall file and serve on the attorneys for Petitioners an answer to the Complaint on or before the above-referenced date unless his claim has included an answer, so designated, or be defaulted.

DONE AND ORDERED in Miami, Florida, this 14th day of December, 2006.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record
Clerk of Courts